UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:22-cv-01338-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Parties have filed a stipulated motion for a protective order (Dkt. No. 21). Local Civil Rule ("LCR") 26(c)(2) provides that "[p]arties that wish to depart from [the District's] model order must provide the court with a redlined version identifying departures from the model." The Parties' stipulated protective order appears to depart from the District's model (*see* Dkt. No. 21 at 2), but the Parties have failed to provide a redlined version.

(2) Accordingly, the Parties are DIRECTED to submit a redlined version, as required by LCR 26(c)(2), **within three (3) days** of this Order. The Parties' stipulated motion for a protective order is hereby RE-NOTED to **July 3, 2023**.

Dated this 30th day of June 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2