HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurer authorized by the Washington insurance commissioner,<br><br>Defendant. | Case No.: 22-cv-1338-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

## I.    STIPULATED MOTION

This Stipulated Motion and [Proposed] Order is filed pursuant to Fed. R. Civ. P. 41(a)(2) on behalf of Plaintiff Costco Wholesale Corporation and Defendant Liberty Mutual Fire Insurance Company (collectively, the "Parties"). It is hereby stipulated and agreed to by the Parties, through their undersigned attorneys of record, that this action, including all claims that were or could have been asserted by any of the Parties with respect to the specific subject matter of this action, shall be dismissed with prejudice without an award of attorney fees or costs to any of the Parties herein.

Respectfully submitted this 8th day of January, 2024.

| BUCHALTER PC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| /s/*Bradley Hoff*<br>Bradley Hoff, WSBA #23974<br>Jennifer Oswald, WSBA #43253<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA 98101-1337<br>T: 206.319.7052<br>E: bhoff@buchalter.com<br>E: joswald@buchalter.com<br><br>*Attorneys for Plaintiff Costco Wholesale Corporation* | /s/ *Jared F. Kiess*<br>Michael Guadagno, WSBA #34633<br>Jared F. Kiess, WSBA #54532<br>Tarin Schalow, WSBA #60047<br>925 Fourth Avenue, Suite 3800<br>Seattle, WA 98104<br>T: 206.292.8930<br>E: michael.guadagno@bullivant.com<br>E: jared.kiess@bullivant.com<br>E: tarin.schalow@bullivant.com<br><br>*Attorneys for Defendant Liberty Mutual Fire Insurance Company* |

## II. [PROPOSED] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED:

_____
Tana Lin
United States District Judge

Presented by:

BUCHALTER PC

/s/*Bradley Hoff*
Bradley Hoff, WSBA #23974
Jennifer Oswald, WSBA #43253
E:  bhoff@buchalter.com
E:  joswald@buchalter.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

BULLIVANT HOUSER BAILEY PC

/s/ *Jared F. Kiess*
Michael Guadagno, WSBA #34633
Jared F. Kiess, WSBA #54532
Tarin Schalow, WSBA #60047
E: michael.guadagno@bullivant.com
E: jared.kiess@bullivant.com
E: tarin.schalow@bullivant.com

*Attorneys for Defendant Liberty Mutual Fire Insurance Company*